1452

## CASE ANNOUNCEMENTS
*December 24, 2007*

[Cite as *12/24/2007 Case Announcements*, 2007-Ohio-6906.]

### MOTION AND PROCEDURAL RULINGS

**2000–1030. Ohio Hosp. Assn. v. Armstrong World Industries, Inc.**
Cuyahoga App. No. 76067. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On April 13, 2001, this court stayed further proceedings in this case and ordered appellee to file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.

It is ordered by the court, sua sponte, that appellee W.R. Grace & Son & Co.–Conn. file a notice advising this court of the status of the bankruptcy case within 15 days of the date of this entry.

## CASE ANNOUNCEMENTS
*December 26, 2007*

[Cite as *12/26/2007 Case Announcements*, 2007-Ohio-6803.]

### MERIT DECISIONS WITHOUT OPINIONS

**2007–1738. State ex rel. Hubbard v. Travis.**
In Mandamus. On complaint in mandamus of Dimitri Hubbard. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–1878. State ex rel. Talley v. Collins.**
In Mandamus. On answer of respondents. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–1897. State ex rel. Fogel v. Zaleski.**
In Prohibition. On respondent's motion to dismiss and relator's motion to strike the motion to dismiss. Motion to strike denied. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–1912. State ex rel. Haney v. Wolaver.**
In Mandamus. On answer of respondent and motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.